UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 25-24542-CIV-MORENO

ARMANDO PEREZ,

        Plaintiff,

vs.

CITY OF HIALEAH, a municipality of the
State of Florida, and SERGIO VELAZQUEZ,
an individual,

        Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and the last recorded date of various proceedings. It appears, pursuant to Defendant City of Hialeah's Removal Status Report (D.E. 10), that Plaintiff filed the complaint in state court on **August 1, 2025** and service of the summons and complaint has not been executed as of the date of this order as to Defendant Sergio Velazquez. Therefore, it is

ADJUDGED that Plaintiff shall file a response with the Court no later than **November 24, 2025** to show cause why this case should not be dismissed as to Defendant Sergio Velazquez for failure to serve the summons and complaint upon Defendant within 90 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m). If Plaintiff fails to file such response, then the Court shall dismiss the action as to Defendant Sergio Velazquez.

DONE AND ORDERED in Chambers at Miami, Florida, this ___10___ of November 2025.

                                                            _____
                                                            FEDERICO A. MORENO
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record